UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Trustees of the
Cement Masons 502

v.                                Case # 08 C 6878

Lonnie Dantzler, Indiv
and d/b/a D and B Construction

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Kiebel, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within Citation to Discover Assets on the within named:

   James McHugh Construction Co
   c/o Sandy Adams, Receptionist (authorized to accept service) on 12/19/11

2. That the sex, race and approximate age of the person with whom the Citation to Discover Assets was served are as follows:

   Sex F   Race B   Approximate Age 50   Other bald/shaved head

   That the place where and the date and time when the Citation to Discover Assets was served were as follows:

   Place James McHugh Construction 1737 S. Michigan Ave Chicago IL
   Date 12/19/11   Time 10:10 am

3. Subsequently, a Citation Notice was sent via U.S. Mail to:

   David B Construction
   400 West 76th Street
   Chicago IL 60620    on 12/19/11

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server