# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Trustees of the Cement Masons Pension Fund, Local 502, et al.

                                                Plaintiff,

v.                                                    Case No.: 1:08−cv−06878

                                                       Honorable Blanche M. Manning

Lonnie Dantzler

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 1, 2012:

      MINUTE entry before Honorable Blanche M. Manning: Citation to discover assets hearing set to 3/1/2012 is stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.